UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY MARTIN GROVES                     CIVIL ACTION

VERSUS                                    NO. 09-7431

MARLIN GUSMAN                             SECTION "N"(4)

## ORDER

The court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Anthony Martin Groves's 42 U.S.C. § 1983 claims for violation of his first amendment rights to free exercise of religion against the defendants, Sheriff Marlin Gusman and Chief Weaver, are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for the plaintiff's failure to prosecute, all other claims and defendants having been previously dismissed.

New Orleans, Louisiana, this 21st day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE